**Opinion issued October 15, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00097-CV

————————————

## EVA CAMBY AND TERENITA BOUDREAUX, Appellants

## V.

## SOCA FUNDING, LLC AS ASSIGNEE OF PEARLAND GROUND, LLC BY CBL & ASSOCIATES MANAGEMENT INC. MANAGING AGENT, Appellee

On Appeal from the 149th District Court
Brazoria County, Texas
Trial Court Case No. 64613

## MEMORANDUM OPINION

Appellants, Eva Camby and Terenita Boudreaux, have filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has

issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See*

TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.